**FILED**

FEB 1 3 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

JST

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joshua K. Bringali, Plaintiff,

vs.

Sheriff Greg Munks, Defendant.

CASE NO. C 13 0640

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Joshua K. Bringali, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

   My Valley Yellow Pages HQ. San Mateo CA, Recieved approx $2000 in August 2010

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment          Yes ___ No ✓

   b. Income from stocks, bonds, or royalties?          Yes ___ No ✓

   c. Rent payments?          Yes ___ No ✓

   d. Pensions, annuities, or life insurance payments?          Yes ___ No ✓

   e. Federal or State welfare payments, Social Security or other government source?          Yes ___ No ✓

   If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

   _____

   _____

3. Are you married?          Yes ___ No ✓

   Spouse's Full Name: _____

   Spouse's Place of Employment: _____

   Spouse's Monthly Salary, Wages or Income:

   Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home? Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

_____

8. What are your monthly expenses?

Rent: $ N/A - Incarcerated   Utilities: _____

Food: $       "                Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| " " | $ " | $ " |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

No

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-3-2013

DATE

SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  Joshua K. Brinkau  for the last six months
[prisoner name]
Maguire Correctional Facility  where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 100.00  and the average balance in the prisoner's account each month for the most recent 6-month period was $ 100.00 .

Dated: _____

_____
[Authorized officer of the institution]

Canteen worker and C.O. would not sign. Any suggestions?

- 5 -