FILED
2013 FEB 26 P 4:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joshua K. P_____, Plaintiff,

vs.

S___ G_____, Defendant.

CASE NO. C130640 JST

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Joshua K_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  Valley Yellow _____ ... Mateo CA ... Aug 2010 _____
6  _____ at ayo, ___ w/mi _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.    Business, Profession or            Yes ___ No ✓
10           self employment
11     b.    Income from stocks, bonds,         Yes ___ No ✓
12           or royalties?
13     c.    Rent payments?                     Yes ___ No ✓
14     d.    Pensions, annuities, or            Yes ___ No ✓
15           life insurance payments?
16     e.    Federal or State welfare payments, Yes ___ No ✓
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____
22  _____

23  3.    Are you married?                       Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).

5  _____
6  _____
7  5. Do you own or are you buying a home?   Yes ____ No __✓__
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?   Yes ____ No __✓__
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No __✓__ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ____ No __✓__
20 _____
21 8. What are your monthly expenses?
22 Rent: $ __N/A_____ Utilities: _____
23 Food: $ __N/A_____ Clothing: _____
24 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
|  | $ | $ |
|  | $ | $ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____
No
_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____
_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____           _____
      DATE                         SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

Case Number: C13 0640

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Josh Bringgri_ [prisoner name] for the last six months _Navajo Correctional Facility_ [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $100.00 and the average balance in the prisoner's account each month for the most recent 6-month period was $100.00.

Dated: 2/22/17

_J. Juror_ #163
[Authorized officer of the institution]

```
MAGUIRE CORRECTIONAL FACILITY
INMATE CASH HISTORY

07:33:16   12 Feb 2013

ID NUMBER: 1151675

INMATE: BRINGAZI, JOSHUA (RES COMM 7/16/13)

                              DEPOSIT OR
  DATE       TIME   RECEIPT   <WITHDRAW>    BALANCE    AUTHORIZATION
---------   -----   -------   ----------    -------    -------------
19 Aug 12   15:15   0205154         0.30       0.30    SYS/RESTORED BAL
                                                       ANCE
26 Aug 12   19:51   1435868       160.00     160.30    PT/FATHER
28 Aug 12   07:27   2079545       <54.60>    105.70    COMMISSARY
30 Aug 12   06:39   2161915       <66.50>     39.20    COMMISSARY
04 Sep 12   07:01   2162321       <25.80>     13.40    COMMISSARY
05 Sep 12   20:53   1436785       162.00     175.40    PT/FATHER
06 Sep 12   06:21   2162468       <59.00>    116.40    COMMISSARY
06 Sep 12   11:16   2162522         5.20     121.60    COMMISSARY
13 Sep 12   06:13   2162955      <104.80>     16.80    COMMISSARY
18 Sep 12   06:30   2163082       <16.70>      0.10    COMMISSARY
23 Sep 12   14:24   1438470       210.00     210.10    EG/MO 0050210427
25 Sep 12   06:27   2222477       <54.50>    155.60    COMMISSARY
27 Sep 12   06:21   2163677       <56.10>     99.50    COMMISSARY
04 Oct 12   06:42   2222840       <69.90>     29.60    COMMISSARY
04 Oct 12   07:19         0         2.20      31.80    MED-ADJUST
11 Oct 12   06:26   2223236       <29.00>      2.80    COMMISSARY
16 Oct 12   06:15   2164692        <2.80>      0.00    COMMISSARY
16 Oct 12   06:15   2164693         2.80       2.80    COMMISSARY
16 Oct 12   06:15   2164694        <1.80>      1.00    COMMISSARY
16 Oct 12   19:55   1440753        90.00      91.00    MS/FROM FATHER
23 Oct 12   06:44   2223938       <47.70>     43.30    COMMISSARY
30 Oct 12   06:26   2165425       <43.00>      0.30    COMMISSARY
06 Nov 12   06:24   2165662        <0.30>      0.00    COMMISSARY
06 Nov 12   16:27   1442693       105.00     105.00    DS/FROM DAD
13 Nov 12   06:27   2225031       <29.40>     75.60    COMMISSARY
20 Nov 12   07:00   2083359       <27.10>     48.50    COMMISSARY
04 Dec 12   07:48   2226271       <37.40>     11.10    COMMISSARY
11 Dec 12   07:50   2167154       <10.90>      0.20    COMMISSARY
11 Dec 12   16:01   1445960       110.00     110.20    DN/DAD
18 Dec 12   07:25   2227098       <24.80>     85.40    COMMISSARY
27 Dec 12   07:36   2167948       <48.90>     36.50    COMMISSARY
03 Jan 13   07:33   2168104       <32.30>      4.20    COMMISSARY
08 Jan 13   07:16   2084742        <3.30>      0.90    COMMISSARY
08 Jan 13   09:12   2228217         3.30       4.20    COMMISSARY
15 Jan 13   07:23   2168630        <4.20>      0.00    COMMISSARY
28 Jan 13   14:37   1450662       120.00     120.00    RS/FATHER
29 Jan 13   07:17   2169298       <35.60>     84.40    COMMISSARY
05 Feb 13   09:36   2230038       <45.40>     39.00    COMMISSARY
12 Feb 13   07:33   2170065        <4.30>     34.70    COMMISSARY
```

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES