Josh Bringazi
**Name and Address**
4791 London Dr.
Campbell CA 95008

**FILED**
2013 APR 12 A 9 54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Josh Bringazi
**Plaintiff / Petitioner**

VS.

Sheriff Greg Munks
**Defendant / Respondent**

Case No. C13 0640 JST

**Document Name:**

Change of Address

4/12/13