UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA K. BRINGAZI,

    Plaintiff,

  v.

GREG MUNKS, et al.,

    Defendants.

Case No.  13-cv-00640-JST (PR)

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 2, 4

While plaintiff was detained at the Maguire Correctional Facility in Redwood City, California, he filed the instant action for injunctive relief under 42 U.S.C. § 1983 seeking to be housed in a safer part of the jail.  But he recently informed the Court that he is no longer incarcerated.  (See Dkt. No. 5.)

Plaintiff's action for injunctive relief will be dismissed as moot because it is well-established that when an inmate is released from prison (or transferred to another prison) and, as is the case here, there is no reasonable expectation or demonstrated probability that he will again be subjected to the prison conditions from which he seeks injunctive relief, the claim for injunctive relief should be dismissed as moot.  See Dilley v. Gunn, 64 F.3d 1365, 1368-69 (9th Cir. 1995).

For the foregoing reasons, plaintiff's requests to proceed in forma pauperis (Dkt. Nos. 2, 4) are DENIED, and the complaint is DISMISSED as moot.

The Clerk shall enter judgment in accordance with this order, terminate all pending motions as moot, and close the file.  No fee is due.

**IT IS SO ORDERED**.

Dated: May 24, 2013

_____
JON S. TIGAR
United States District Judge